UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-cr-00226-APG-CWH |
| vs. | ) | |
| | ) | |
| JASON RYAN SHERBINO, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On November 2, 2017, this Court granted the Defendant's motion for appointment of new counsel (ECF No. 45).

Accordingly, IT IS HEREBY ORDERED that Thomas A. Ericsson be APPOINTED as counsel for Jason Ryan Sherbino for all future proceedings. The Federal Public Defender's Office shall forward the file to Mr. Ericsson forthwith.

DATED: November 3, 2017.

_____
UNITED STATES MAGISTRATE JUDGE